THE STATE OF SOUTH CAROLINA

THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Edward Donald Painter, Appellant.
 
 
 

Appeal From Spartanburg County
Larry R. Patterson, Circuit Court Judge

Opinion
No. 2004-UP-473
Submitted September 14, 2004  Filed September 16, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Pachak, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh and Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Harold W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Edward Donald Painter pled guilty to felony driving under 
 the influence causing great bodily injury.  He was sentenced to twelve years.  
 Painters appellate counsel filed a brief pursuant to Anders v. California, 
 386 U.S. 738 (1967).  Counsel additionally submitted a petition to be relieved 
 from representation, asserting there are no directly appealable issues of arguable 
 merit.  Painter did not file a pro se response with the Court.
After a review of the record pursuant to Anders and State 
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal 
 and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, ANDERSON, and WILLIAMS, JJ., concur.

 
 [1] 
 We decide this case without oral argument pursuant to Rule 215, SCACR.